**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

KRISNA CLARK                                                                              PLAINTIFF

v.                                            1:16CV00029-KGB-JTK

JONATHEN TRAMMEL, et al.                                                          DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine

G. Baker. Any party may serve and file written objections to this recommendation. Objections should

be specific and should include the factual or legal basis for the objection. If the objection is to a factual

finding, specifically identify that finding and the evidence that supports your objection. An original

and one copy of your objections must be received in the office of the United States District Court Clerk

no later than fourteen (14) days from the date of the findings and recommendations. The copy will be

furnished to the opposing party. Failure to file timely objections may result in waiver of the right to

appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the

same time that you file your written objections, include the following:

1.    Why the record made before the Magistrate Judge is inadequate.

2.    Why the evidence proffered at the hearing before the District Judge (if such a

hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.    The detail of any testimony desired to be introduced at the hearing before the District

Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-

testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

**DISPOSITION**

Plaintiff Clark filed this pro se 42 U.S.C. § 1983 action while incarcerated at the North Central Unit of the Arkansas Department of Correction (ADC), and was granted leave to proceed in forma pauperis on March 30, 2016 (Doc. No. 3).[1]  On January 20, 2017, a copy of an exhibit mailed to Plaintiff was returned to the Court as undeliverable (Doc. No. 25).  By Order dated January 26, 2017, this Court directed Plaintiff to notify it of his current address and his intent to continue with the prosecution of this action within thirty days, and warned him that failure to do so would result in the dismissal of the action, without prejudice (Doc. No. 26).  As of this date, Plaintiff has not complied with the Order, contacted the Court, or responded to the Defendants' Summary Judgment Motion (Doc. No. 21).

Rule LR5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas provides as follows:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case and to prosecute

---

[1]Plaintiff notified the Court of his release from the ADC on September 28, 2016 (Doc. No. 20).

2

or defend the action diligently . . . . If any communi-
cation from the Court to a pro se plaintiff is not
responded to within thirty (30) days, the case may be
dismissed without prejudice. . . .

In light of Plaintiff's failure to notify the Court of his new address, or to respond to the

Court's January 26, 2017 Order and/or the Defendants' Summary Judgment Motion, the Court finds

that Plaintiff's Complaint should be dismissed without prejudice, for failure to prosecute.

Accordingly,

IT IS, THEREFORE, RECOMMENDED that Plaintiff's Complaint be dismissed without

prejudice, for failure to prosecute.

IT IS SO RECOMMENDED this 28th day of February, 2017.

_____
    JEROME T. KEARNEY
    UNITED STATES MAGISTRATE JUDGE

3