IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISNA CLARK**  PLAINTIFF

v.  Case No. 1:16-cv-00029-KGB-JTK

**JONATHEN TRAMMEL**, *et al.*  DEFENDANTS

## ORDER

Before the Court are the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 27). Plaintiff Krisna Clark has not filed an objection, and the time for filing an objection has passed. For the reasons set forth in the Proposed Findings and Recommendations, Judge Kearney recommends that this Court dismiss without prejudice Mr. Clark's action for failure to prosecute pursuant to Local Rule 5.5(c)(2). After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 27).

The Court dismisses without prejudice Mr. Clark's claims due to his failure to comply with Judge Kearney's Order dated January 26, 2017 (Dkt. No. 26). Having dismissed the action, the Court denies as moot defendants' motion for summary judgment (Dkt. No. 21). The Court will enter Judgment by separate Order.

It is so ordered this the 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge