IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KRISNA CLARK**                                                                 **PLAINTIFF**

**v.**                  **Case No. 1:16-cv-00029-KGB-JTK**

**JONATHEN TRAMMEL,** *et al.*                                **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

Dated this the 30th day of June, 2017.

_____
Kristine G. Baker
United States District Judge